# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  3:20cr40/MCR

SHELLEY E. JOHNSON

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(c)(3), the plea of guilty of the Defendant, SHELLEY E. JOHNSON, to Counts One, Two, Three, Four, Five, Six, Seven, Ten, Eleven, and Twelve of the Indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 3rd day of December 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**